NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | Crim. No. 07-936 (WHW) |
| KEITH O. REID, | : | |
| Defendant. | : | |

**Walls, Senior District Judge**

This matter having come before the Court on the omnibus motion by Terry Ridley, attorney for Defendant Keith Reid, for disclosure and discovery of certain materials and for dismissal of counts one, two and six of the Indictment, in the presence of Christopher Gramiccioni and David Bocian, attorneys for the United States (the "Goverment"); and the Court having heard arguments of the parties, having rendered its determination on the record, and good cause appearing therefor:

It is on this 28th day of April 2008,

ORDERED that the Government continue to comply with its obligation under Brady v. Maryland, 373 U.S. 83 (1963), to produce exculpatory evidence; and It is further

ORDERED that the Government continue to comply with its obligation under United States v. Anmar, 714 F.2d 238 (3d Cir. 1083), to preserve notes of interviews and handwritten drafts of reports; and It is further

NOT FOR PUBLICATION

ORDERED that the Government comply with its obligations under Jencks Act, 18 U.S.C. § 3500, <u>Giglio v. United States</u>, 405 U.S. 150 (1972), and Federal Rule of Evidence 404(b), in compliance with the time frame set forth in the Court's December 17, 2007 Discovery Order; and It is further

ORDERED that Defendant's motion for a bill of particulars be and is hereby DENIED; and It is further

ORDERED that Defendant's motion to dismiss counts one, two and six of the Indictment be and is hereby DENIED; and It is further

ORDERED that Defendant provide reciprocal discovery to the Government; and It is further

ORDERED that Defendant and the Government submit briefs regarding any conflict, apparent or actual, caused by Terry Ridley's representation of Defendant and his firm's general representation of the City of Newark, New Jersey by May 9, 2008.

    s/ William H. Walls
United States Senior District Judge