UNITED STATES DISTRICT COURT

District of New Jersey

Chambers of
William H. Walls
Senior Judge
_____
(973) 645-2564
(973) 645-3436 Fax

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

May 14, 2008

Terry Ridley, Esq.
Hunt, Hamlin & Ridley
60 Park Place, 16th Floor
Newark, New Jersey 07102

    Re:    **United States v. Keith Reid**
            **Crim. No. 07-0936 (WHW)**

Dear Mr. Terry Ridley:

    This morning your office called to inform that you could not attend today's hearing regarding a potential conflict of interest because you will be appearing before Judge Verna Leath in Essex County on a trial for wrongful death. Today's hearing will be rescheduled to Monday, May 19th, 2008 at 9:30 am. You, or someone from your firm, should appear for the May 19th hearing. Otherwise the Court will probably impose sanctions against your firm.

                                          Yours truly,

                                          **s/ William H. Walls**
                                          United States Senior District Judge

cc:    All attorneys of Record (via CM/ECF)