**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | |
|  | : | Crim. No. 07-936 (WHW) |
| KEITH O. REID, | : | |
| Defendant. | : | |

**<u>Walls, Senior District Judge</u>**

      This matter having come before the Court on the request by Christopher Gramiccioni, attorney for the United States (the "Government"), to convene a hearing to determine whether the conflict of interest in connection with the representation of Defendant Keith O. Reid by Terry Ridley, Esq., and the representation of the City of Newark, New Jersey, by Ridley's law firm, Hunt, Hamlin and Ridley, requires the disqualification Terry Ridley, or whether the conflict can be waived by Defendant; and the Court having heard arguments of the parties, having rendered its determination on the record, and good cause appearing therefor:

      It is on this 19th day of May 2008,

      ORDERED that Terry Ridley be and is hereby disqualified from representing Defendant; and It is further

      ORDERED that Defendant shall have thirty days from the date of this Order to obtain new counsel; and It is further

**NOT FOR PUBLICATION**

  ORDERED that the parties shall appear before this Court on Thursday, June 26, 2008 at 10:00 am for a status conference.

                      **s/ William H. Walls**
                      United States Senior District Judge