# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. William H. Walls, U.S.D.J. |
| v. | : Criminal No. 07-936 (WHW) |
| KEITH O. REID | : <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the application of defendant Keith O. Reid (by Michael N. Pedicini, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter tried within 70 days of the date on which he first appeared before a judicial officer of this Court pursuant to Title 18 United States Code, Section 3161(c)(1), and as the United States (Christopher J. Christie, United States Attorney for the District of New Jersey, Christopher J. Gramiccioni, Assistant U.S. Attorney, appearing) has consented to such continuance, and for good and sufficient cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defense counsel will require additional time to review discovery and to further prepare for trial in this matter.

(2) The United States does not oppose the requested continuance.

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice are served by granting the continuance to ensure that the defendant can thoroughly review discovery provided by the United States and effectively prepare a defense at trial.

Consequently, the need for this continuance outweighs the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 11 day of September, 2008

ORDERED that the proceedings in this matter shall be continued from October 14, 2008 to November 18, 2008;

IT IS FURTHER ORDERED that the period from October 14, 2008 until November 18, 2008 shall be excluded in computing time under the Speedy Trial Act of 1974; 18 U.S.C. § 3161;

IT IS FURTHER ORDERED that the parties shall file proposed voir dire questions, proposed jury instructions, and trial briefs no later than one week before trial; and

IT IS FURTHER ORDERED that the trial in this matter shall begin on November 18, 2008.

_____
HON. WILLIAM H. WALLS
United States Senior District Judge