PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Keith Reid　　　　　　　　　　　　　　　　Cr.: 07-00936-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 49741

Name of Sentencing Judicial Officer:　　THE HONORABLE WILLIAM H. WALLS
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/08/2009

Original Offense: 18:1951.F; INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE

Original Sentence: 51 months custody, 24 months supervised release

Special Conditions: Special Assessment, Fine, DNA testing, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release　　　　　　　　Date Supervision Commenced: 02/20/2013

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| One | Failure to Satisfy Fine |

U.S. Probation Officer Action:
The probation office recommends the case expire as scheduled since the fine order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's office has been informed of expiration and instruction to continue payments.

Respectfully submitted,

By: Jessica M. Alberts
U.S. Probation Officer
Date: 02/04/2015

Prob 12A – page 2
Keith Reid

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/6/15
Date